# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | )  4:19cr083 |
| v. | ) |
| | ) |
| STEVEN ANDREW ROSS, | ) |
| | ) |
| Defendant/Appellant. | ) |

## ORDER

The appeal in the above-titled action having been dismissed for lack of jurisdiction by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED** this __27__ day of August, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA